JAMES C. POTEPAN [SBN 107370]
jpotepan@ropers.com
JAMES C. HILDEBRAND [SBN 150319]
jhildebrand@ropers.com
COURTNEY E. CURTIS [SBN 245231]
ccurtis@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for the Defendants and Cross-Defendants
TEX-ELLENT, INC., and SHAHRAM ZACKARY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; TARGET BRANDS, INC.; KANDY KISS OF CALIFORNIA, INC.; HONGDOU, INC.; TEX-ELLENT, INC.; SHAHRAM ZACHARY d/b/a PARAMOUNT TEXTILE and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS | CASE NO. CV 08-00075 ODW (PLAx) <br><br> **JOINT PROPOSED JURY INSTRUCTIONS ON HONGDOU, INC.'S CROSS-CLAIM** <br><br> Pre-Trial Conference:  06/29/09 <br> Trial Date:  07/21/09 <br><br> Judge:  Hon. Otis D. Wright <br> Courtroom:  11 |

///

///

///

The undersigned parties hereby submit the attached Joint Proposed Jury Instructions on Hongdou, Inc.'s cross-claim.

Dated: June 23, 2009              THE LINDE LAW FIRM


                                  By:  /s/ Douglas A. Linde
                                       DOUGLAS A. LINDE
                                       Attorneys for Plaintiff LA PRINTEX
                                       INDUSTRIES, INC.


Dated: June 23, 2009              ERZA, BRUTZKUS & GUBNER LLC


                                  By:  /s/ Todd Lander
                                       MARK BRUTZKUS
                                       TODD LANDER
                                       Attorneys for Defendants KANDY KISS
                                       OF CALIFORNIA, INC., TARGET
                                       CORPORATION, and TARGET
                                       BRANDS, INC., and Defendant and
                                       Cross-Claimant HONGDOU, INC.


Dated: June 23, 2009              ROPERS, MAJESKI, KOHN & BENTLEY


                                  By:  /s/ James C. Hildebrand
                                       JAMES C. HILDEBRAND
                                       Attorneys for Defendants and Cross-
                                       Defendants TEX-ELLENT, INC., and
                                       SHAHRAM ZACKARY

| No. | Title | Source | Page No. |
|---|---|---|---|
| | Breach of Warranty – Introduction | Cross-Claim | 4 |
| | Breach of Warranty Arising from Sale of Goods | BAJI 9.40 (2008). | 5 |
| | Definition of Sale | BAJI 9.41 (2008); Cal. Comm. Code § 2106(1) | 6 |
| | Breach of an Implied Warranty Against Infringement | BAJI 9.44; Cal. Comm. Code § 2312 | 7 |

# COURT'S INSTRUCTION NO. ___

*Breach of Warranty – Introduction*

In this case, one of the defendants, Hongdou, Inc., has filed a claim for breach of warranty against another defendant, Tex-Ellent, Inc. This claim is based on Hongdou, Inc.'s contention that it purchased the fabric that LA Printex alleges infringed its design E-50159 from Tex-Ellent, Inc. Tex-Ellent, Inc. denies that it sold this fabric to Hongdou, Inc. I will now instruct you on the principles that apply to Hongdou, Inc.'s claim for breach of warranty.

AUTHORITY:

_____ Given

_____ Given as Modified

_____ Refused

_____ Withdrawn

## COURT'S INSTRUCTION NO. ___

*Breach of Warranty Arising from Sale of Goods*

On its breach of warranty claim against Tex-Ellent, Inc., Hongdou, Inc. has the burden of proving each of the following by a preponderance of the evidence:

1. There was a sale of goods;
2. Tex-Ellent, Inc. was the seller of the goods;
3. Hongdou, Inc. was the buyer of the goods;
4. Tex-Ellent, Inc. expressly or impliedly warranted the goods sold;
5. There was a breach of warranty; and
6. The breach of warranty caused Hongdou, Inc. to suffer injury, damage, loss or harm.

AUTHORITY:
BAJI 9.40 (2008).

_____ Given

_____ Given as Modified

_____ Refused

_____ Withdrawn

**COURT'S INSTRUCTION NO. ___**

*Definition of Sale*

A "sale" consists of the passing of title of goods from the seller to the buyer for a price.

You must determine if there was a sale of the fabric that plaintiff LA Printex alleges infringed its design E-50159 and that this sale was made by Tex-Ellent, Inc., as seller, to Hongdou, Inc., as buyer, at the time and place alleged by Hongdou, Inc.

The term "goods" includes textiles and fabric used to make garments.

AUTHORITY:
BAJI 9.41 (2008); Cal. Comm. Code § 2106(1).

_____ Given

_____ Given as Modified

_____ Refused

_____ Withdrawn

# COURT'S INSTRUCTION NO. ___

*Breach of an Implied Warranty Against Infringement*

A warranty is an affirmation of fact or promise by the seller that the goods possess certain characteristics. A warranty may be made expressly in so many words by the seller or it may be implied from the circumstances of the sale.

Unless otherwise agreed between the buyer and the seller, in making a sale of goods a seller warrants to the buyer that the goods shall be delivered free of any third party's rightful claim that the goods are infringing.

There is a breach of the seller's warranty against infringement if the buyer proves that the goods were subject to valid infringement claims by a third party.

AUTHORITY:
BAJI 9.44; Cal. Comm. Code § 2312.

_____ Given

_____ Given as Modified

_____ Refused

_____ Withdrawn