JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC. ) | Case No. CV08-00075 ODW (PLAx) |
| ) | Honorable Otis D. Wright |
| Plaintiffs, ) | Complaint filed: January 7, 2008 |
| ) | |
| v. ) | |
| ) | **JUDGMENT ON JURY VERDICT** |
| TARGET CORPORATION; ) | |
| TARGET BRANDS, INC.; KANDY ) | |
| KISS OF CALIFORNIA, INC.; ) | |
| HONGDOU, INC.; TEX-ELLENT, ) | |
| INC.; SHAHRAM ZACKARY d/b/a ) | |
| PARAMOUNT TEXTILE, INC. and ) | |
| DOES 1 though 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This action was tried by a jury with the Honorable Judge Otis D. Wright presiding, and the jury has rendered a verdict:

It is Ordered and Adjudged that:

1. Plaintiff LA Printex Industries, Inc. is the owner of a valid copyright in the textile design referred to by Plaintiff as design E-50159.

2. Defendants TARGET CORPORATION; KANDY KISS OF CALIFORNIA, INC.; HONGDOU, INC.; TEX-ELLENT, INC.; and SHAHRAM ZACKARY are found to have infringed Plaintiff's design E-51059.

3. Plaintiff LA PRINTEX INDUSTRIES, INC., shall recover:

A. From Defendant TARGET CORPORATION, $175,000, with prejudgment interest thereon and costs in this action, to be determined by the Court,

B. From Defendant KANDY KISS OF CALIFORNIA, INC., $20,000, with prejudgment interest thereon and costs in this action, to be determined by the Court,

C. From Defendant HONGDOU, INC., $5,000, with prejudgment interest thereon and costs in this action, to be determined by the Court,

D. From Defendants TARGET CORPORATION; KANDY KISS OF CALIFORNIA, INC.; HONGDOU, INC.; TEX-ELLENT, INC.; and SHAHRAM ZACKARY, jointly and severally, $36,623.73, with prejudgment interest thereon and costs in this action, to be determined by the Court,

E. Postjudgment interest at the rate of 0.45% from the date of this Judgment, or $2.96 per day, for the first year, and compounded annually thereafter, pursuant to 28 U.S.C. § 1961.

4. Defendants TARGET CORPORATION; KANDY KISS OF CALIFORNIA, INC.; HONGDOU, INC.; TEX-ELLENT, INC.; and SHAHRAM ZACKARY are enjoined from infringing Plaintiff's design E-51059.

Dated at Los Angeles, California, this 10th day of September, 2009

_____
Honorable Otis D. Wright
UNITED STATES DISTRICT JUDGE